Appeal dismissed on motion of counsel for appellants.

---

John E. Spencer and John A. Turner, partners under the firm name and style of Spencer & Co., Plaintiffs in Error, vs. Charles A. Joyce, Defendant in Error.

Writ of error to Circuit Court, Hillsborough county; Barron Phillips, Judge.

Sparkman & Sparkman, for Plaintiffs in Error.

No appearance for Defendant in Error.

This action was brought by the defendant in error against the plaintiffs in error.   There was judgment for the plaintiff, and the defendants take writ of error.

Writ of error dismissed because not made returnable as required by law.